**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| REY ANTONIO RODRIGUEZ,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>     Defendants. | Case No. 2:23-cv-00451-DAD-SCR<br><br>[PROPOSED] **ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPT OUT OF POST-SCREENING ADR**<br><br>Complaint filed:   March 10, 2023<br>Trial Date: Not Set |

Defendant SACRAMENTO COUNTY SHERIFF'S DEPARTMENT ("Defendant") has applied for an extension of time in which to opt out of the Court ordered post-screening ADR.

Good cause being shown for the requested extension of time, **IT IS HEREBY ORDERED THAT:**

1. Defendant's request for a thirty (30) day extension of time to opt out of Court ordered post-screening ADR is GRANTED.

Dated: December 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

- 1 -

[Proposed] Order Granting Ex Parte Application for an Extension of Time to OPT Out of Post-Screening ADR